TPS/2021R00836

RECEIVED
By Stephen Bond at 2:13 pm, Mar 01, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Criminal No. 22-166 |
| RAMAD MOULTRIE | : | 18 U.S.C. § 922(g)(1) |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about August 2, 2021, in Essex County, in the District of New Jersey and elsewhere, the defendant,

RAMAD MOULTRIE,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, namely, one .45 caliber Ruger P345, bearing serial number 664-68916 and three rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

TPS/2021R00836

## **COUNT TWO**
(Possession of Firearms and Ammunition by a Convicted Felon)

On or about August 26, 2021, in Essex County, in the District of New Jersey and elsewhere, the defendant,

RAMAD MOULTRIE,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms and ammunition, namely, one .45 caliber Ruger P345, bearing serial number 664-68916, one Intratec 9mm AB-10 handgun, bearing serial number A016359, and 26 rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

TPS/2021R00836

## FORFEITURE ALLEGATION

1. The allegations set forth in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant,

RAMAD MOULTRIE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including, but not limited to:

(a) One .45 caliber Ruger P345, bearing serial number 664-68916;

(b) One Intratec 9mm AB-10 handgun, bearing serial number A016359; and

(c) 29 rounds of .45 caliber ammunition.

### Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) (has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

TPS/2021R00836

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

███████████████

FOREPERSON

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 22-___ 166 (BRM)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**RAMAD MOULTRIE**

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill.

███████████████████████

*Foreperson*

**PHILIP R. SELLINGER**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

TIMOTHY P. SHAUGHNESSY
*ASSISTANT U.S. ATTORNEY*
*973-645-2704*